1  CAROLYN HUNT COTTRELL, Bar No. 166977
   NICOLE N. COON, Bar No. 286283
2  SCHNEIDER WALLACE COTTRELL
   KONECKY WOTKYNS LLP
3  2000 Powell Street, Suite 1400
   Emeryville, CA 94608
4  Telephone:    415.421.7100
   Facsimile:    415.421.7105
5
   Attorneys for Plaintiff
6

7  JOSEPH A. SCHWACHTER, Bar No. 108124
   R. KEITH CHAPMAN, Bar No. 282331
8  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
9  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
10 Facsimile:    415.399.8490

11 Attorneys for Defendant
   MISTRAS GROUP, INC.
12

13                UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15

16 | DAVID KRUEGER,                  | Case No. 2:15-cv-01069-MCE-DAD

17 |            Plaintiff,           | **STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT AND CORRESPONDING DEADLINES**

18 | v.                              |

19 | MISTRAS GROUP, INC.; and DOES 1- 50, inclusive. | Complaint Filed:  April 10, 2015
                                                      Removed:           May 18, 2015
20 |            Defendant.           |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

(NO. 2:15-CV-01069-MCE-DAD)

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT AND CORRESPONDING DEADLINES

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff DAVID KRUEGER, on behalf of himself and all others similarly situated, ("Plaintiff") and Defendant MISTRAS GROUP, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

On April 10, 2015, Plaintiff filed in the California Superior Court for Kern County the above-captioned lawsuit (ECF Doc. No. 1-2);

On May 18, 2015, Defendant removed this case to U.S. District Court, Eastern District of California (ECF Doc. No. 1);

On the same day, the Court issued an Order Requiring Joint Status Report. Pursuant to this order, the deadline for the Parties to file a joint status report addressing the topics listed in said order, including a Rule 26(f) discovery plan, is July 17, 2015 (ECF Doc. No. 2);

On May 27, 2015, Defendant filed a Notice of Related Case identifying the following action filed in the California Superior Court for San Francisco County on April 13, 2015, and removed to the United States District Court for the Northern District of California on May 15, 2015: *Edgar Viceral v. Mistras Group, Inc.,* Case No. 3:15-cv-02198-EDL ("*Viceral*"), currently pending before the Honorable Edward M. Chen (ECF Doc. No. 4);

The Parties agree that the parties and some of the substantive claims in this matter overlap with the parties and substantive claims in the *Viceral* case, and that transfer, consolidation, and/or coordination of the two matters before a single Court is appropriate. The Parties are working diligently to address this issue and are negotiating regarding how to proceed. Extending the upcoming deadlines preserves both the Parties' and the Court's resources and promotes efficiency. The Parties will have a greater ability to fully discuss ADR options and to adequately conduct a Rule 26(f) conference after the cases are transferred and/or consolidated or coordinated.

IT IS HEREBY STIPULATED, by and between the Parties hereto, through their respective counsel of record, as follows:

The Joint Status Report and corresponding meet and confer and other related deadlines should be continued thirty (30) days from the July 17, 2015 Joint Status Report deadline,

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

(NO. 2:15-CV-01069-MCE-DAD) 1. STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT AND CORRESPONDING DEADLINES

until August 17, 2015, or as soon thereafter as practicable to allow for transfer and/or consolidation or coordination with the *Viceral* action.

Dated: July 13, 2015

SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP


By: /s/ *Nicole N. Coon*
    CAROLYN HUNT COTTRELL
    NICOLE N. COON
    Attorneys for Plaintiff

Dated: July 13, 2015

LITTLER MENDELSON, P.C.


By: /s/ *R. Keith Chapman*
    JOSEPH A. SCHWACHTER
    R. KEITH CHAPMAN
    Attorneys for Defendant
    MISTRAS GROUP, INC.

## **ORDER**

Having reviewed the foregoing stipulation, and good cause appearing, the Joint Status Report and corresponding meet and confer and other related deadlines shall be continued thirty (30) days from the July 17, 2015 Joint Status Report deadline, until August 17, 2015, or as soon thereafter as practicable to allow for transfer and/or consolidation or coordination with *Edgar Viceral v. Mistras Group, Inc.,* Case No. 3:15-cv-02198-EDL.

    IT IS SO ORDERED.

Dated: July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

(NO. 2:15-CV-01069-MCE-DAD)   2.   STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT AND CORRESPONDING DEADLINES