1  
2 CAROLYN HUNT COTTRELL, Bar No. 166977  
NICOLE N. COON, Bar No. 286283  
3 SCHNEIDER WALLACE COTTRELL  
KONECKY WOTKYNS LLP  
4 2000 Powell Street, Suite 1400  
Emeryville, CA 94608  
5 Telephone:   415.421.7100  
Facsimile:   415.421.7105  
6  
Attorneys for Plaintiff  
7  

8 JOSEPH A. SCHWACHTER, Bar No. 108124  
R. KEITH CHAPMAN, Bar No. 282331  
9 LITTLER MENDELSON, P.C.  
650 California Street, 20th Floor  
10 San Francisco, CA  94108.2693  
Telephone:   415.433.1940  
11 Facsimile:   415.399.8490  

12 Attorneys for Defendant  
MISTRAS GROUP, INC.  
13  

14                     UNITED STATES DISTRICT COURT  

15                     EASTERN DISTRICT OF CALIFORNIA  

16  

17 DAVID KRUEGER,                        | Case No.  2:15-cv-01069-MCE-DAD  

18              Plaintiff,                **SUPPLEMENTAL STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT AND CORRESPONDING DEADLINES; ORDER THEREON**

19 v.

20 MISTRAS GROUP, INC.; and DOES 1-50, inclusive.

21              Defendant.                Complaint Filed:   April 10, 2015  
                                          Removed:           May 18, 2015
22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff DAVID KRUEGER, on behalf of himself and all others similarly situated, ("Plaintiff") and Defendant MISTRAS GROUP, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

On April 10, 2015, Plaintiff filed in the California Superior Court for Kern County the above-captioned lawsuit (ECF Doc. No. 1-2).

On May 18, 2015, Defendant removed this case to U.S. District Court, Eastern District of California (ECF Doc. No. 1).

On the same day, the Court issued an Order Requiring Joint Status Report. Pursuant to this order, the deadline for the Parties to file a joint status report addressing the topics listed in said order, including a Rule 26(f) discovery plan, was July 17, 2015 (ECF Doc. No. 2).

On May 27, 2015, Defendant filed a Notice of Related Case identifying the following action filed in the California Superior Court for San Francisco County on April 13, 2015, and removed to the United States District Court for the Northern District of California on May 15, 2015: *Edgar Viceral v. Mistras Group, Inc.,* Case No. 3:15-cv-02198-EDL ("*Viceral*"), currently pending before the Honorable Edward M. Chen (ECF Doc. No. 4).

The Parties agree that the parties and some of the substantive claims in this matter overlap with the parties and substantive claims in the *Viceral* case, and that transfer, consolidation, and/or coordination of the two matters before a single Court is appropriate.  The Parties are working diligently to address this issue and are negotiating regarding how to proceed.

In order to have sufficient time to negotiate the coordination of *Viceral* and *Krueger*, on July 13, 2015 the *Krueger* Parties filed a Stipulation and [Proposed] Order to Continue Deadline to File Joint Status Report and Corresponding Deadlines to extend the July 17, 2015 deadline for thirty (30) days until August 17, 2015. (ECF Doc. No. 9). The Parties explained that they needed additional time to allow for transfer and/or consolidation or coordination of Krueger with the *Viceral* action. Moreover, extending the deadlines would preserve both the Parties' and the Court's resources and promotes efficiency.  The Parties would have a greater ability to fully discuss ADR options and to adequately conduct a Rule 26(f) conference after the cases are transferred and/or consolidated or

coordinated.

On July 20, 2015, this Court granted the Parties' request for an extension of the July 17, 2015 Joint Status Report deadline (ECF Doc. No. 10). The Court extended the deadline to August 17, 2015.

Since the Court's order, the Parties have been working diligently to coordinate *Krueger* with the *Viceral* action. Counsel for Parties in both actions have met and conferred on numerous occasions. Ultimately, the Parties have agreed that *Krueger* will be combined with *Viceral* before the Northern District of California by way of filing an amended complaint in *Viceral* and adding the *Krueger* parties and claims to the complaint. Thereafter, the *Krueger* Plaintiffs will request dismissal of this action before this Court. This agreed-upon coordination of the two cases implicates several procedural steps including, but not limited to: coordinating Plaintiffs' Counsel in both matters; drafting an agreed upon amended complaint; and drafting an agreed upon request for dismissal. The Parties have been working to complete all the necessary steps for coordination; however, they require additional time to finalize all procedural filings and pleadings. The Parties project that all steps for the complete coordination of *Krueger* and *Viceral* will be completed in the next three (3) weeks. Accordingly, the Parties submit this supplemental stipulation to extend the deadlines.

IT IS HEREBY STIPULATED, by and between the Parties hereto, through their respective counsel of record, as follows:

The Joint Status Report and corresponding meet and confer and other related deadlines should be continued from the August 17, 2015 Joint Status Report deadline, until September 4, 2015, or as soon thereafter as practicable to allow for coordination with the *Viceral* action and dismissal of *Krueger*.

Dated: August 14, 2015       SCHNEIDER WALLACE COTTRELL
                             KONECKY WOTKYNS LLP


                             By: /s/ *Carolyn Hunt Cottrell*
                                 CAROLYN HUNT COTTRELL
                                 NICOLE N. COON
                                 Attorneys for Plaintiff


Dated: August 14, 2015       LITTLER MENDELSON, P.C.


                             By: /s/ *R. Keith Chapman*
                                 JOSEPH A. SCHWACHTER
                                 R. KEITH CHAPMAN
                                 Attorneys for Defendant
                                 MISTRAS GROUP, INC.

## ORDER ON STIPULATION

Having reviewed the foregoing stipulation and for good cause appearing, the Joint Status Report and corresponding meet and confer and other related deadlines shall be continued from the August 17, 2015 Joint Status Report deadline, until September 4, 2015, or as soon thereafter as practicable to allow for coordination with *Edgar Viceral v. Mistras Group, Inc.,* Case No. 3:15-cv-02198-EDL and dismissal of the pending matter, *David Krueger v. Mistras Group, Inc.*, Case No. 2:15-cv-01069-MCE-DAD.

IT IS SO ORDERED.

Dated: August 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT