1  CAROLYN HUNT COTTRELL, Bar No. 166977
   NICOLE N. COON, Bar No. 286283
2  SCHNEIDER WALLACE COTTRELL
   KONECKY WOTKYNS LLP
3  2000 Powell Street, Suite 1400
   Emeryville, CA 94608
4  Telephone:  415.421.7100
   Facsimile:   415.421.7105
5
   Attorneys for Plaintiff and the putative Class
6

7  JOSEPH A. SCHWACHTER, Bar No. 108124
   R. KEITH CHAPMAN, Bar No. 282331
8  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
9  San Francisco, CA  94108.2693
   Telephone:  415.433.1940
10 Facsimile:   415.399.8490

11 Attorneys for Defendant
   MISTRAS GROUP, INC.
12

13                   UNITED STATES DISTRICT COURT

14                   EASTERN DISTRICT OF CALIFORNIA

15

16 | DAVID KRUEGER, on behalf of himself | Case No.  2:15-cv-01069-MCE-DAD |
   | and all others similarly situated, | |
17 | | **STIPULATION AND ORDER TO VACATE** |
   | Plaintiff, | **DEADLINE TO FILE JOINT STATUS** |
18 | | **REPORT AND CORRESPONDING** |
   | v. | **DEADLINES** |
19 | | |
   | MISTRAS GROUP, INC.; and DOES 1- | Complaint Filed:   April 10, 2015 |
20 | 50, inclusive. | Removed:             May 18, 2015 |
   | | |
21 | Defendant. | |

(NO. 2:15-CV-01069-MCE-DAD)      1.      STIPULATION AND ORDER TO VACATE DEADLINE TO FILE JOINT STATUS REPORT AND CORRESPONDING DEADLINES

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff DAVID KRUEGER, on behalf of himself and all others similarly situated, ("Plaintiff") and Defendant MISTRAS GROUP, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

On April 10, 2015, Plaintiff filed in the California Superior Court for Kern County the above-captioned lawsuit (ECF Doc. No. 1-2).

On May 18, 2015, Defendant removed this case to U.S. District Court, Eastern District of California (ECF Doc. No. 1).

On the same day, the Court issued an Order Requiring Joint Status Report. Pursuant to this order, the deadline for the Parties to file a joint status report addressing the topics listed in said order, including a Rule 26(f) discovery plan, was July 17, 2015 (ECF Doc. No. 2).

On May 27, 2015, Defendant filed a Notice of Related Case identifying the following action filed in the California Superior Court for San Francisco County on April 13, 2015, and removed to the United States District Court for the Northern District of California on May 15, 2015: *Edgar Viceral v. Mistras Group, Inc.,* Case No. 3:15-cv-02198-EDL ("*Viceral*"), currently pending before the Honorable Edward M. Chen (ECF Doc. No. 4).

The Parties agree that the parties and some of the substantive claims in this matter overlap with the parties and substantive claims in the *Viceral* case, and that transfer, consolidation, and/or coordination of the two matters before a single Court is appropriate. The Parties worked to address this issue and have negotiated how to proceed.

In order to have sufficient time to negotiate the coordination of *Viceral* and *Krueger*, on July 13, 2015 the *Krueger* Parties filed a Stipulation and [Proposed] Order to Continue Deadline to File Joint Status Report and Corresponding Deadlines to extend the July 17, 2015 deadline for thirty (30) days until August 17, 2015. (ECF Doc. No. 9). The Parties explained that they needed additional time to allow for transfer and/or consolidation or coordination of *Krueger* with the *Viceral* action. Moreover, extending the deadlines would preserve both the Parties' and the Court's resources and promotes efficiency. The Parties would have a greater ability to fully discuss ADR options and to adequately conduct a Rule 26(f) conference after the cases are transferred and/or consolidated or

1  coordinated. On July 20, 2015, this Court granted the Parties' request for an extension of the July 17,
2  2015 Joint Status Report deadline (ECF Doc. No. 10). The Court extended the deadline to August
3  17, 2015.
4        Thereafter, the Parties worked diligently to coordinate *Krueger* with the *Viceral*
5  action. Counsel for Parties in both actions met and conferred on numerous occasions. Ultimately, the
6  Parties agreed that *Krueger* will be combined with *Viceral* before the Northern District of California
7  by way of filing an amended complaint in *Viceral* and adding the *Krueger* parties and claims to the
8  complaint. To effectuate this coordination, the *Krueger* Plaintiffs agreed to request dismissal of this
9  action before this Court. This agreed-upon coordination of the two cases implicates several
10  procedural steps including, but not limited to: coordinating Plaintiffs' Counsel in both matters;
11  drafting an agreed upon amended complaint; and drafting an agreed upon request for dismissal. The
12  Parties worked to complete all the necessary steps for coordination; however, they required
13  additional time to finalize all procedural filings and pleadings. Accordingly, on August 14, 2015, the
14  Parties filed a Supplemental Stipulation and [Proposed] Order to Continue Deadline to File Joint
15  Status Report and Corresponding Deadlines, requesting an extension until September 4, 2015, to
16  allow for coordination with *Viceral* and dismissal of *Krueger*. (ECF Doc. No. 12.) On August 19,
17  2015, this Court granted the Parties' request for an extension of the August 17, 2015 Joint Status
18  Report deadline (ECF Doc. No. 13). The Court extended the deadline to September 4, 2015.
19        Since the Court's order, the *Krueger* Parties have drafted and finalized their stipulated
20  request for court approval of dismissal without prejudice of the *Krueger* case. This request for
21  dismissal, titled Stipulation and [Proposed] Order for Court Approval of Dismissal Without
22  Prejudice, is being filed concurrently with this stipulation to vacate the September 4, 2015 Joint
23  Status Report deadline. With this request for dismissal on file, the Parties agree that it is appropriate
24  to vacate the current status report deadline pending this Court's review of the Parties' dismissal
25  request. The Court can re-set this deadline if necessary.
26        IT IS HEREBY STIPULATED, by and between the Parties hereto, through their
27  respective counsel of record, as follows:
28        The September 4, 2015 Joint Status Report and corresponding meet and confer and

1  other related deadlines should be vacated to provide this Court with the opportunity to review and
2  approve the Parties' dismissal request and ultimately dismiss *Krueger*.

5  Dated: September 4, 2015              SCHNEIDER WALLACE COTTRELL
                                         KONECKY WOTKYNS LLP

7                                        By: */s/ Carolyn Hunt Cottrell*
                                              CAROLYN HUNT COTTRELL
8                                             NICOLE N. COON
                                              Attorneys for Plaintiff

11 Dated: September 4, 2015              LITTLER MENDELSON, P.C.

13                                       By: */s/ R. Keith Chapman*
                                              JOSEPH A. SCHWACHTER
                                              R. KEITH CHAPMAN
14                                            Attorneys for Defendant
                                              MISTRAS GROUP, INC.

## ORDER ON STIPULATION

Having reviewed the foregoing stipulation and for good cause appearing,

**IT IS HEREBY ORDERED**:

The Joint Status Report and corresponding meet and confer and other related deadlines are vacated to allow for this Court's review of the Parties' Stipulation and [Proposed] Order for Court Approval of Dismissal Without Prejudice filed concurrently with this stipulation and to facilitate the coordination with *Edgar Viceral v. Mistras Group, Inc.,* Case No. 3:15-cv-02198-EDL by dismissal of the pending matter, *David Krueger v. Mistras Group, Inc.*, Case No. 2:15-cv-01069-MCE-DAD.

Dated: September 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

## SIGNATORY ATTESTATION

The e-filing attorney hereby attests that concurrence in the content of the document and authorization to file the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: September 4, 2015       Signed:  */s/ Carolyn Hunt Cottrell*
                               CAROLYN H. COTTRELL
                               SCHNEIDER WALLACE
                               COTTRELL KONECKY WOTKYNS LLP

                               Attorneys for Plaintiff David Krueger and the Proposed Class